Manuel D. Serpa, Calif. Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 940-0311
Email:  manuel.serpa@binderlawfirm.com

Attorneys for Plaintiff Todd Eric Tanner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TODD ERIC TANNER,

    Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

) No. EDCV 14-01689 RNB
)
) **~~PROPOSED~~ ORDER AWARDING**
) **ATTORNEY FEES UNDER THE**
) **EQUAL ACCESS TO JUSTICE**
) **ACT, PURSUANT TO 28 U.S.C.**
) **§ 2412(d), AND COSTS, PURSUANT**
) **TO 28 U.S.C. § 1920**
)
)
)
)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND THREE HUNDRED dollars and 00/CENTS ($4,300.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND 00/CENTS ($400.00), subject to the terms of the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's counsel as set forth in the stipulation.

Dated: <u>June 24, 2015</u>

                                  _/s/ Robert N. Block_
                                  ROBERT N. BLOCK
                                  UNITED STATES MAGISTRATE JUDGE

1